IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. WILSON, F-57598, | No. C 10-4157 CRB (PR) |
| Petitioner, | ORDER DENYING OBJECTIONS AND REQUEST FOR A CERTIFICATE OF APPEALABILITY; INSTRUCTIONS TO CLERK |
| vs. | |
| G. SWARTHOUT, Warden, | |
| Respondent. | |

This is a habeas case filed pro se by a state prisoner. The petition was denied in an order entered on June 4, 2012. Petitioner has filed what he captions a "Motion in [sic] Objections [sic] to Magistrate Judge's Report and Recommendation and Request for Issuance of a Certificate of Appealability."

Petitioner erroneously believes that this court's ruling on his petition was a report and recommendation by a magistrate judge, when in fact it was a definitive ruling on the merits of the petition by the undersigned district court judge. The objections therefore will be construed as a motion to reconsider.

In his objections petitioner merely repeats his arguments on the merits. He does not point to any flaw in the court's reasoning. He has failed to provide any reason to reconsider the result. The objections are DENIED.

///

1    Petitioner also requests a certificate of appealability ("COA").  A COA was denied in
2 the order denying the petition, although petitioner evinces no awareness of this, and nothing
3 petitioner says in this motion requires a different result.  The request is DENIED.
4    The clerk shall transmit the file, including a copy of this order, to the Court of
5 Appeals.  See Fed. R. App. P. 22(b); <u>United States v. Asrar</u>, 116 F.3d 1268, 1270 (9th Cir.
6 1997).  Petitioner may then ask the Court of Appeals to issue the certificate.  <u>See</u> R. App. P.
7 22(b)(1).
8 SO ORDERED.
9 DATED: June 19, 2012                    _____
                                          CHARLES R. BREYER
10                                         United States District Judge

G:\PRO-SE\CRB\HC.10\Wilson, M1.coa.wpd

2